FILE COPY



# COURT OF APPEALS

| | | |
|---|---|---|
| REBECA C. MARTINEZ | FOURTH COURT OF APPEALS DISTRICT | MICHAEL A. CRUZ, |
| CHIEF JUSTICE | CADENA-REEVES JUSTICE CENTER | CLERK OF COURT |
| PATRICIA O. ALVAREZ | 300 DOLOROSA, SUITE 3200 | |
| LUZ ELENA D. CHAPA | SAN ANTONIO, TEXAS 78205-3037 | |
| IRENE RIOS | WWW.TXCOURTS.GOV/4THCOA.ASPX | TELEPHONE |
| BETH WATKINS | | (210) 335-2635 |
| LIZA A. RODRIGUEZ | | |
| LORI I. VALENZUELA | | FACSIMILE NO. |
| JUSTICES | | (210) 335-2762 |

December 6, 2022

Ryan Baasch
Office Of The Texas Attorney General
Austin, TX 78711-2548
* DELIVERED VIA E-MAIL *

Abner Burnett
Texas Rio Grande Legal Aid
316 South Closner
Edinburg, TX 78539
* DELIVERED VIA E-MAIL *

Amy Warr
Alexander Dubose & Jefferson LLP
515 Congress Avenue, Suite 2350
Austin, TX 78701
* DELIVERED VIA E-MAIL *

RE:     Court of Appeals Number: 04-22-00513-CR, 04-22-00514-CR,
04-22-00515-CR, 04-22-00516-CR, 04-22-00517-CR,
04-22-00518-CR, and 04-22-00519-CR

Trial Court Case Number:19-CRD-43, 21-CRD-07, 21-CRD-12,
21-CRD-93, 22-CRD-15, 22-CRD-16, and 22-CRD-07
             Style:  The State of Texas
                       v.
             Jaime Francisco Flores, Jr.

        Enclosed please find the order which the Honorable Court of Appeals has
issued in reference to the above styled and numbered cause.

        If you should have any questions, please do not hesitate to contact me.

                                        Very truly yours,
                                        MICHAEL A. CRUZ,
                                        Clerk of Court

                                        _____
                                        Monica Rivera
                                        Deputy Clerk, Ext. 53855

cc: David Silberthau (DELIVERED VIA E-MAIL)
Judd E. Stone II (DELIVERED VIA E-MAIL)
Kenneth Paxton (DELIVERED VIA E-MAIL)
Brent Webster (DELIVERED VIA E-MAIL)

FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

December 6, 2022

Nos. 04-22-00513-CR, 04-22-00514-CR, 04-22-00515-CR, 04-22-00516-CR, 04-22-00517-CR, 04-22-00518-CR, and 04-22-00519-CR

The **STATE** of Texas,
Appellant

v.

Jaime Francisco **FLORES**, Jr.,
Appellee

From the 229th Judicial District Court, Duval County, Texas
Trial Court Nos. 19-CRD-43, 21-CRD-07, 21-CRD-12, 21-CRD-93, 22-CRD-15, 22-CRD-16, and 22-CRD-07
Honorable Baldemar Garza, Judge Presiding

# O R D E R

Appellees' brief is currently due no later than December 5, 2022. This deadline reflects the Court's granting of Appellees' first unopposed motion for extension of time, which allowed for a thirty-day extension. Appellees now file a second unopposed motion for extension of time and seek a forty-five-day extension. We GRANT IN PART the motion. Appellees are ORDERED to file Appellees' brief **no later than January 13, 2023**. Further requests for extension of time will be disfavored absent extenuating circumstances.

_Rebeca C. Martinez_
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of December, 2022.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court